FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★       ⏣ 0 6 2009       ★

P.M. _____
TIME A.M. _____

PROB 12A
(7/93)

USPO LEE A. CELEDONIO

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender:   **Ramon Pichardo**            Case Number: **CR-02-1215 (S-1)-5(FB)**

Name of Sentencing Judicial Officer: **Honorable Frederick R. Block, United States District Judge**

Date of Original Sentence:   **June 15, 2004.**

Original Offense:   **Conspiracy to Import MDMA; A Class "C" Felony, 18 U.S.C. § 963.**

Original Sentence:   **Thirty-six (36) Months Probation; $100.00 Special Assessment fee and special conditions for a three month home confinement period, and a prohibition against re-entering the United States illegally.**

Type of Supervision: **Probation.**   Date Supervision Commenced: **June 18, 2004.**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

*"The defendant shall not commit another state or local offense".*

On January 14, 2005, the offender was arrested by the New York City Police Department for narcotics possession.

U.S. Probation Officer Action:

On March 14, 2005, we received a letter from the Southern District of New York Probation Office, which is currently supervising Pichardo, advising us that the offender had been arrested. The letter states that on January 14, 2005, the offender was operating a motor vehicle, and was in the company of several friends. The letter further states that the offender was attempting to drive away from a residential location in the Bronx, when he was detained and ultimately arrested by undercover narcotics officers of the New York City Police Department.

During a subsequent investigation and interview of the offender about these occurrences, the Southern District of New York revealed that Pichardo was in the company of two other men at the time of the arrest, and determined that they were the main focus of the narcotics activity that the police were after. The other men, according to the statements of the offender, were members of a Spanish music band which the offender was a part of. The offender relates that he was merely driving the men as a favor, and had no knowledge of their activities.

On January 20, 2005, a local hearing was held in the Bronx Supreme Court, where the offender's complaint was dismissed. The case was subsequently sealed, and no other information was available. We can ostensibly conclude that the case was dismissed due to some legal insufficiency. It should also be noted that to date, the offender has voluntarily terminated his friendship with the men, and membership in the band, citing fears of jeopardizing his probation status.

Predicated upon the aforementioned, the probation departments' have concurred to respectfully recommend that no action be taken against the offender. The Probation Department in the Southern District of New York will continue to monitor the offender closely, and if in the future he should find himself involved in similar matters, we will again notify Your Honor recommending appropriate action.

Respectfully prepared,

by _____
Lee A. Celedonio
United States Probation Officer
May 16, 2005

Respectfully submitted,

by _____
Guillermo G. Figueroa
Supervising U.S. Probation Officer
May 16, 2005

---

No Response is necessary unless the court directs that additional action be taken as follows:

☐ Commence violation proceedings against subject.
☑ Other   NO ACTION.

NO ACTION.

_____
Signature of Judicial Officer

6 · 2 · 0 5

_____
Date